```
Amcol Systems
111 Lancewood Rd
Columbia, SC 29210



Arcadia Recovery Bureau
P.O. Box 6768
Wyomissing, PA 19610



AT&T Mobility
P.O. Box 537104
Atlanta, GA 30353



Berks EIT Bureau
920 Van Reed Rd.
Reading, PA 19610



City of Reading
Property Maintenance Division
815 Washington Street
Reading, PA 19601-3690



City of Reading
False Alarm Reduction Program
Lockbox 7322
P.O. Box 8500
Philadelphia, PA 19178-7322



City of Reading
Tax Administration Bureau
815 Washington St.
Reading, PA 19601



Comcast Cable
PO Box 3005
Southeastern, PA 19398
```

Convergent Healthcare Recoveries, Inc.
121 NE Jefferson Street
Suite 101
Peoria, IL 61602


Credit Collection Services
Two Wells Avenue
Dept 9134
Newton, MA 02459


ENT Head & Neck Specialists, PC
985 Berkshire Blvd., Ste. 101
Reading, PA 19610


Home Shopping Network
P.O. Box 9090
Clearwater, FL 33758


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


L.J. Ross Associates, Inc.
P.O. Box 6099
Jackson, MI 49204-6099


Met-Ed
P.O. Box 16001
Butler, PA 16001


Monitronics Security
P.O. Box 814530
Dallas, TX 75381-4530


National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

```
Nationwide Insurance
22901 Millcreek Boulevard
Beachwood, OH 44122



PA Department of Revenue
ATTN:  Bankruptcy Division
Department 280946
Harrisburg, PA 17128-0946



Penn Credit
916 S. 14th Street
P.O. Box 988
Harrisburg, PA 17108-0988



Penn Credit Corporation
916 S. 14th St.
Harrisburg, PA 17104



Reading Health System
Bankruptcy Department
P.O. Box 16051
Reading, PA 19612-6051



RUI Credit Services
P.O. box 1349
Melville, NY 11747



Santander Bank
450 Penn Street
Reading, PA 19602



Sprint
c/o Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32255-1268



St. Joseph Medical Center
PO Box 644168
Pittsburgh, PA 15264
```

The Children's Hospital of Philadelphia-
Physician Services
P.O. Box 822520
Philadelphia, PA 19182


Tropical Oil LLC
c/o Richard Orloski, Esq.
Orloski Law Firm
111 North Cedar Crest Boulevard
Allentown, PA 18104


U.S. Department of Education
P.O. Box 105193
Atlanta, GA 30348-5193


UGI Utilities, Inc.
P.O. Box 15503
Wilmington, DE 19886-5503


Wells Fargo Bank, N.A
P.O. Box 6995
Portland, OR 97228-6995


Wells Fargo Business Card
P.O. Box 29482
Phoenix, AZ 85038-8650


Western Berks Ambulance
2506 Belmont Ave.
West Lawn, PA 19609