## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ANDRES ACUNA | : CHAPTER 13 |
| KARIN M. ACUNA | : |
| | : |
|       DEBTOR | : CASE NO. 17-18213-ref |
| | : |
| | : |
| ERNST VALERY INVESTMENTS CORP. | : Hearing Date: February 15, 2018 |
|       MOVANT | :        9:30 a.m. |

### NOTICE OF MOTION, RESPONSE DATE AND HEARING DATE

Ernst Valery Investments Corp. ("Movant") has filed a Motion for Relief from Stay with the Court for Relief from the Stay to proceed in State Court in foreclosure against property known as 1656 Cotton Street, City of Reading, Berks County, PA 19602.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 8, 2018, you or your attorney must do <u>all</u> of the following:

        (a)    file an answer explaining your position at
                United States Bankruptcy Court
                Eastern District of Pennsylvania
                400 Washington Street, Suite 300
                Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b) mail a copy to:

    Richard J. Weitzman, Esquire
Law Offices of Richard J. Weitzman, P.C.
3 N. 2nd Street; Suite 200
Philadelphia, PA 19106
Phone: (215) 627-4400
Fax:    (215) 627-4700
rich@rjweitzmanlaw.com

Attorney for the Debtor:

**JOHN A. DIGIAMBERARDINO**
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610
610-372-9900
Fax : 610-372-5469
Email: jad@cdllawoffice.com

United States Trustee:

**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
610-779-1313

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled for February 15, 2018, at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601, Courtroom 1.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 or 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                                          Law Offices of Richard J. Weitzman, P.C.

By:    */s/ Richard J. Weitzman, Esquire*
        Richard J. Weitzman, Esquire
        3 N. 2nd Street; Suite 200
        Philadelphia, PA 19106
        (215) 627-4400
        Attorney for Movant
        Ernst Valery Investments Corp.

Dated: January 24, 2018