UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANDRES ACUNA                                          : CHAPTER 13
KARIN M. ACUNA                                        :
                                                      :
        DEBTOR                                    : CASE NO. 17-18213-ref
                                                      :
                                                      :
ERNST VALERY INVESTMENTS CORP.                        :
        MOVANT                                    :

ORDER OF COURT

AND NOW this    day of            , 2018, on consideration of the Objection of Ernst Valery Investments Corp. to confirmation of the Proposed Plan, and any reply thereto, it is hereby ORDERED that said Plan is DENIED.

BY THE COURT:

_____