IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Andres A. Acuna | : | Case No. 17-18213 |
|   Karin M. Acuna | : | Chapter 13 |
|   Debtors | | |

### PRAECIPE TO CORRECT CREDITOR ADDRESS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly change the address for the creditor Met-Ed from:

Met-Ed
P.O. Box 16001
Butler, PA 19612

to the following address:

Met-Ed
P.O. Box 16001
Reading, PA 19612

**CASE & DIGIAMBERARDINO, P.C.**

By:   s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA  19610
(610) 372-9900
(610) 372-5469 -fax
Attorney for Debtors