UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Andres A. Acuna              :     Case No. 17-18213
         Karin M. Acuna               :     Chapter 13
              Debtors

### CERTIFICATE OF SERVICE

    I, John A. DiGiamberardino, Esquire, attorney for Debtors, certify that I served a copy of Notice of Creditor's Meeting upon the following by first class mail on January 31, 2018:

Met-Ed
P.O. Box 16001
Reading, PA 19612

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
       Attorney I.D. #41268
       845 N. Park Road, Ste. 101
       Wyomissing, PA  19610
       (610) 372-9900
       (610) 372-5469 -fax
       Attorney for Debtor