**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Andres A. Acuna | : | Case No. 17-18213 |
| Karin M. Acuna | : | Chapter 13 |
| Debtors | | |

## CERTIFICATE OF NO OPPOSITION

    I, John A. DiGiamberardino, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the Court to the Debtors' Application to Employ Bryan P. Struckmann, CPA as Accountant and the Debtors request that the Court grant the Debtors' Application, without hearing, as the Application is uncontested.

Date:  2/1/2018

                                  **CASE & DIGIAMBERARDINO, P.C.**

                        By:    s/John A. DiGiamberardino, Esquire
                                Attorney I.D. #41268
                                845 N. Park Rd., Ste. 101
                                Wyomissing, PA  19610
                                (610)  372-9900
                                (610) 372-5469 - fax
                                Attorney for Debtors