United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18213-ref
Andres A Acuna                                                          Chapter 13
Karin M Acuna
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa            Page 1 of 3            Date Rcvd: Jan 30, 2018
                            Form ID: 309I         Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
```
db/jdb         +Andres A Acuna,    Karin M Acuna,    104 Cathyann Drive,    Reading, PA 19606-2409
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14042976       +Amcol Systems,    111 Lancewood Rd,    Columbia, SC 29210-7523
14042977       +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
14024326       +Best Pest Control Service LLC,    P.O. Box 13725,    2100 N. 13th Street,
                 Reading, PA 19612-7000
14042980        City of Reading,    Property Maintenance Division,    815 Washington Street,
                 Reading, PA 19601-3690
14042982       +City of Reading,    Tax Administration Bureau,    815 Washington St.,    Reading, PA 19601-3615
14042981        City of Reading,    False Alarm Reduction Program,    Lockbox 7322,    P.O. Box 8500,
                 Philadelphia, PA 19178-7322
14042983       +Comcast Cable,    PO Box 3005,    Southeastern, PA 19398-3005
14024328       +Comenity Capital/Boscovs,    P.O. Box 182120,    Columbus, OH 43218-2120
14042984       +Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Street,    Suite 101,
                 Peoria, IL 61602-1229
14024329       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
14042986       +ENT Head & Neck Specialists, PC,    985 Berkshire Blvd., Ste. 101,    Reading, PA 19610-1268
14024330       +Education Financial Services LLC,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
14024332       +Erica Regusters,    c/o Ricahrd Weitzman, Esq.,    1707 N. Charles Street,    Suite 200A,
                 Baltimore, MD 21201-5835
14024333       +Ernst Valery Investments Corporation,    1707 N. Charles Street,    Suite 200A,
                 Baltimore, MD 21201-5835
14024334       +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
14029618       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14024335       +Gary L. Dorsett, Esquire,    606 N. 5th Street,    Reading, PA 19601-4503
14024337       +Jaffe & Asher, LLP,    2041 Springwood Rd.,    York, PA 17403-4836
14044628       +John A. DiGiamberardino, Esq.,    Case & DiGiamberardino, P.C.,    845 N. Park Rd.,    Suite 101,
                 Wyomissing, PA 19610-1342
14024338       +Law Offices of Richard J. Weitzman, Esq.,    3 N. 2nd Street,    Suite 200,
                 Philadelphia, PA 19106-2208
14042990        Met-Ed,    P.O. Box 16001,    Butler, PA 16001
14042993       +Nationwide Insurance,    22901 Millcreek Boulevard,    Beachwood, OH 44122-5724
14042995        Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14042996       +Penn Credit Corporation,    916 S. 14th St.,    Harrisburg, PA 17104-3425
14042998       +RUI Credit Services,    P.O. box 1349,    Melville, NY 11747-0421
14024340       +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
14042997        Reading Health System,    Bankruptcy Department,    P.O. Box 16051,    Reading, PA 19612-6051
14042999       +Santander Bank,    450 Penn Street,    Reading, PA 19602-1011
14024341       +Santander Bank NA,    865 Brook Street,    Rocky Hill, CT 06067-3444
14039238       +Santander Bank, N.A.,    601 Penn St.,    MC: 10-6438-FB7,    Reading, PA 19601-3563
14043001       +St. Joseph Medical Center,    PO Box 644168,    Pittsburgh, PA 15264-4168
14024342       +Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
14024344       +Tax Claim Bureau of Berks County,    Berks County Services Center,    2nd Floor,
                 633 Court Street,    Reading, PA 19601-3552
14043002       +The Children's Hospital of Philadelphia-,    Physician Services,    P.O. Box 822520,
                 Philadelphia, PA 19182-2520
14043003       +Tropical Oil LLC,    c/o Richard Orloski, Esq.,    Orloski Law Firm,
                 111 North Cedar Crest Boulevard,    Allentown, PA 18104-4602
14043004        U.S. Department of Education,    P.O. Box 105193,    Atlanta, GA 30348-5193
14043005        UGI Utilities, Inc.,    P.O. Box 15503,    Wilmington, DE 19886-5503
14043008       +Western Berks Ambulance,    2506 Belmont Ave.,    West Lawn, PA 19609-1535
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jad@cdllawoffice.com Jan 31 2018 01:45:58     JOHN A. DIGIAMBERARDINO,
                 Case & DiGiamberardino, P.C.,    845 North Park Road,    Suite 101,    Wyomissing, PA 19610
smg            +E-mail/Text: robertsl2@dnb.com Jan 31 2018 01:46:37     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2018 01:46:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 31 2018 01:46:33     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14042978       +EDI: CINGMIDLAND.COM Jan 31 2018 01:43:00      AT&T Mobility,    P.O. Box 537104,
                 Atlanta, GA 30353-7104
14024327       +E-mail/Text: WFB.Bankruptcy@cabelas.com Jan 31 2018 01:47:02     Capital One/Cabelas,
                 4800 NW 1st Street Suite 300,    Lincoln, NE 68521-4463
14042985       +EDI: CCS.COM Jan 31 2018 01:43:00      Credit Collection Services,    Two Wells Avenue,
                 Dept 9134,    Newton, MA 02459-3225
```

```
District/off: 0313-4          User: Lisa               Page 2 of 3                  Date Rcvd: Jan 30, 2018
                              Form ID: 309I            Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14024336       +E-mail/Text: jmoreno@hillcrestdavidson.com Jan 31 2018 01:46:12
                 Hillcrest Davidson & Associates,    715 N Glenville Drive,    Richardson, TX 75081-2879
14042987       +E-mail/Text: bankruptcy@hsn.net Jan 31 2018 01:46:55       Home Shopping Network,    P.O. Box 9090,
                 Clearwater,    FL 33758-9090
14042988        EDI: IRS.COM Jan 31 2018 01:43:00       Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14043088       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 31 2018 01:46:37       Key Bank,
                 127 Public Square,    Cleveland, OH 44114-1226
14042989        E-mail/Text: bonnie@ljross.com Jan 31 2018 01:46:11       L.J. Ross Associates, Inc.,
                 P.O. Box 6099,    Jackson, MI 49204-6099
14042991        E-mail/Text: bankruptcy@mymoni.com Jan 31 2018 01:46:06       Monitronics Security,
                 P.O. Box 814530,    Dallas, TX 75381-4530
14042992       +E-mail/Text: Bankruptcies@nragroup.com Jan 31 2018 01:47:03       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14024339       +Fax: 407-737-5634 Jan 31 2018 08:32:09       Ocwen Loan Servicing LLC,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
14042994        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:15       PA Department of Revenue,
                 ATTN: Bankruptcy Division,    Department 280946,    Harrisburg, PA 17128-0946
14026114       +EDI: PRA.COM Jan 31 2018 01:43:00       PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14043884        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14043000        EDI: DCI.COM Jan 31 2018 01:43:00       Sprint,   c/o Diversified Consultants, Inc.,
                 P.O. Box 551268,    Jacksonville, FL 32255-1268
14024343       +EDI: RMSC.COM Jan 31 2018 01:43:00       Synchrony Bank/Home Design Furniture,    P.O. Box 965036,
                 Orlando, FL 32896-5036
14043006        EDI: WFFC.COM Jan 31 2018 01:43:00       Wells Fargo Bank, N.A,    P.O. Box 6995,
                 Portland, OR 97228-6995
14041297        EDI: WFFC.COM Jan 31 2018 01:43:00       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
14043007       +EDI: WFFC.COM Jan 31 2018 01:43:00       Wells Fargo Business Card,    P.O. Box 29482,
                 Phoenix, AZ 85038-9482
14024345       +EDI: WFFC.COM Jan 31 2018 01:43:00       Wells Fargo National Bank,    P.O. Box 94498,
                 Las Vegas, NV 89193-4498
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
                 Reading, PA 19606-0410
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14024331*      +Education Financial Services LLC,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
14042979      ##+Berks EIT Bureau,    920 Van Reed Rd.,    Reading, PA 19610-1732
                                                                                               TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
```

```
District/off: 0313-4          User: Lisa                 Page 3 of 3                  Date Rcvd: Jan 30, 2018
                              Form ID: 309I              Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JEROME B. BLANK     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
           paeb@fedphe.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Karin M Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Andres A Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor    Fifth Third Bank KMcDonald@blankrome.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          RICHARD J. WEITZMAN    on behalf of Creditor    Ernst Valery Investments Corp.
           rich@rjweitzmanlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Andres A Acuna** | Social Security number or ITIN | xxx–xx–6781 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Karin M Acuna** | Social Security number or ITIN | xxx–xx–7270 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 12/6/17 |
| Case number: | 17–18213–ref | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Andres A Acuna | Karin M Acuna |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 104 Cathyann Drive<br>Reading, PA 19606 | 104 Cathyann Drive<br>Reading, PA 19606 |
| 4. | **Debtor's attorney**<br>Name and address | JOHN A. DIGIAMBERARDINO<br>Case & DiGiamberardino, P.C.<br>845 North Park Road<br>Suite 101<br>Wyomissing, PA 19610 | Contact phone 610–372–9900<br>Email: jad@cdllawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 1/30/18 |

**For more information, see page 2**

Official Form 309I                         **Notice of Chapter 13 Bankruptcy Case**                         page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 27, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/28/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/14/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/4/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $750.00 per month for 60 months. **The hearing on confirmation will be held on: 4/5/18 at 9:00 AM Location:Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |