**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ANDRES ACUNA | : CHAPTER 13 |
| KARIN M. ACUNA | : |
| | : |
| DEBTOR | : CASE NO. 17-18213-ref |

## CERTIFICATE OF SERVICE MOTION FOR RELIEF

I, Richard J. Weitzman, Esquire, attorney for the Movant herein, hereby certify on the date below I caused a true copy of Notice of Motion for Relief and Motion for Relief, to be served by first-class mail, post prepaid, on the following:

**JOHN A. DIGIAMBERARDINO**
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610
610-372-9900
Fax : 610-372-5469
Email: jad@cdllawoffice.com

United States Trustee:

**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
610-779-1313

                        Law Offices of Richard J. Weitzman, P.C.

                By:    /s/ Richard J. Weitzman, Esquire
                        Richard J. Weitzman, Esquire
                        3 N. 2nd Street; Suite 200
                        Philadelphia, PA 19106
                        (215) 627-4400
                        Attorney for Movant
                        Ernst Valery Investments Corp.

Dated: February 1, 2018