*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andres A Acuna and Karin M Acuna
    Debtor(s)

Case No: 17–18213–ref

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Debtor's Application to Employ Bryan Struckmann as Accountant Filed by JOHN A. DIGIAMBERARDINO.

on: 2/22/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 2/5/18

Timothy B. McGrath
Clerk of Court

35 – 25
Form 167