## **CERTIFICATE OF SERVICE**

      I, Richard L. Orloski, hereby certify that on this date a true and correct copy of the foregoing document was electronically filed using the ECF system with the Court, and is available for viewing and downloading from the ECF system. Service of this document has been made on the following counsel who have consented to electronic service by way of the ECF System's Notice of Electronic Case Filing:

John A. Digiamberardino, Esq.
Case & Digiamberardino
845 N. Park Rd. #101
Wyomissing. PA.  1910


Date:   February , 2018.

                                        Orloski Law Offices


                                        /S/ Richard L. Orloski
                                        Richard L. Orloski
                                        Attorney for Plaintiff
                                        Attorney ID No. 80037
                                        ED Signature Code:  RO966
                                        111 N. Cedar Crest Blvd.
                                        Allentown, PA 18104
                                        610-433-2363