**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andres A Acuna** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karin M Acuna** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **17-18213** | | |
| (if known) | | | |

■ Check if this is an amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Best Pest Control Service LLC**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**1711 Mineral Spring Rd. Reading, PA 19602  Berks County 5 bedroom 2 bath single family home containing approximately 2,300 square feet and built in 1920. The home was purchased by the Debtors in May of 2006 for $190,000.00. Recent sale pri** | $774.60 | $160,000.00 | $774.60 |

**P.O. Box 13725**
**2100 N. 13th Street**
**Reading, PA 19612**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** **Diamond Credit Union**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**2009 Toyota Tundra 140,000 miles** | $8,655.20 | $8,500.00 | $155.20 |

**1600 Medical Drive**
**Pottstown, PA 19464**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

| Debtor 1 | **Andres A Acuna** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karin M Acuna** | | |
| | First Name | Middle Name | Last Name |

Case number (if know)  **17-18213**

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Opened 03/14  Last Active 5/18/17**

Date debt was incurred          Last 4 digits of account number  **3062**

---

| 2.3 | **Ernst Valery Investments Corporation** | | $57,231.59 | $25,000.00 | $32,231.59 |

Creditor's Name

Describe the property that secures the claim:

**1707 N. Charles Street Suite 200A Baltimore, MD 21201**

Number, Street, City, State & Zip Code

**1656 Cotton Street Reading, PA 19602  Berks County Commercial building**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____          Last 4 digits of account number _____

---

| 2.4 | **Key Bank** | | $200,000.00 | $75,000.00 | $125,000.00 |

Creditor's Name

Describe the property that secures the claim:

**127 Public Square Cleveland, OH 44114**

Number, Street, City, State & Zip Code

**1746 Mineral Spring Rd. Reading, PA 19602  Berks County 3 story multi family  building consisiting of 4 apartments**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____          Last 4 digits of account number _____

---

| 2.5 | **Ocwen Loan Servicing** | | $142,000.00 | $160,000.00 | $0.00 |

Describe the property that secures the claim:

---

| | Debtor 1 | **Andres A Acuna** | | | Case number (if know) | **17-18213** |
|---|---|---|---|---|---|---|

Debtor 1    **Andres A Acuna**

First Name    Middle Name    Last Name

Debtor 2    **Karin M Acuna**

First Name    Middle Name    Last Name

Creditor's Name

**Attn:Bankruptcy Department
1661 Worthington Rd, Ste. 100
West Palm Beach, FL 33409**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**1711 Mineral Spring Rd. Reading, PA 19602  Berks County
5 bedroom 2 bath single family home containing approximately 2,300 square feet and built in 1920. The home was purchased by the Debtors in May of 2006 for $190,000.00. Recent sale pri**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.6 | **Reading Area Water Authority** | | $1,828.20 | $75,000.00 | $1,828.20 |
|---|---|---|---|---|---|

Creditor's Name

**1801 Kutztown Road Reading, PA 19604**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**1746 Mineral Spring Rd. Reading, PA 19602  Berks County
3 story multi family  building consisiting of 4 apartments**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Municipal Lien**

Last 4 digits of account number _____

---

| 2.7 | **Reading Area Water Authority** | | $2,399.36 | $160,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1801 Kutztown Road Reading, PA 19604**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the property that secures the claim:

**1711 Mineral Spring Rd. Reading, PA 19602  Berks County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

| Debtor 1 | **Andres A Acuna** | | | Case number (if know) | **17-18213** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Karin M Acuna** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ **Check if this claim relates to a**
    **community debt**

■ **Other (including a right to offset)**    **Municipal Lien**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.8 | **Santander Bank NA** | Describe the property that secures the claim: | $34,667.00 | $160,000.00 | $19,066.36 |
|---|---|---|---|---|---|

Creditor's Name

**1711 Mineral Spring Rd. Reading,
PA 19602  Berks County
5 bedroom 2 bath single family
home containing approximately
2,300 square feet and built in 1920.
The home was purchased by the
Debtors in May of 2006 for
$190,000.00. Recent sale pri**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**865 Brook Street
Rocky Hill, CT 06067**

☐ Unliquidated

☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Debtor 1 only

☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Debtor 1 and Debtor 2 only

☐ Judgment lien from a lawsuit

☐ At least one of the debtors and another

☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a
    community debt**

**Opened
04/07  Last
Active
1/20/17**

Date debt was incurred **1/20/17**    Last 4 digits of account number    **6126**

---

| 2.9 | **Tax Claim Bureau of
Berks County** | Describe the property that secures the claim: | $4,624.85 | $25,000.00 | $4,624.85 |
|---|---|---|---|---|---|

Creditor's Name

**Berks County Services
Center
2nd Floor
633 Court Street
Reading, PA 19601**

**1656 Cotton Street Reading, PA
19602  Berks County
Commercial building**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a
    community debt**

■ Other (including a right to offset)    **Tax Lien**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1
0 | **Tax Claim Bureau of
Berks County** | Describe the property that secures the claim: | $8,205.24 | $75,000.00 | $8,205.24 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Andres A Acuna** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karin M Acuna** | | |
| | First Name | Middle Name | Last Name |

Case number (if know)   **17-18213**

---

Creditor's Name

**Berks County Services
Center
2nd Floor
633 Court Street
Reading, PA 19601**

Number, Street, City, State & Zip Code

**1746 Mineral Spring Rd. Reading,
PA 19602  Berks County
3 story multi family  building
consisiting of 4 apartments**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Municipal Liens**

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **2015, 2016 & 2017**

Last 4 digits of account number _____

---

| 2.1 1 | **Tropical Oil LLC** | | | $11,297.00 | $160,000.00 | $11,297.00 |

Creditor's Name

Describe the property that secures the claim:

**1711 Mineral Spring Rd. Reading,
PA 19602  Berks County
5 bedroom 2 bath single family
home containing approximately
2,300 square feet and built in 1920.
The home was purchased by the
Debtors in May of 2006 for
$190,000.00. Recent sale pri**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**c/o Richard Orloski, Esq.
Orloski Law Firm
111 North Cedar Crest
Boulevard
Allentown, PA 18104**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$471,683.04**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$471,683.04**

---

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andres A Acuna** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Karin M Acuna** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **17-18213** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **City of Reading** | Last 4 digits of account number ___ ___ ___ ___ | **$66.00** | **$0.00** | **$66.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**Tax Administration Bureau**
**815 Washington St.**
**Reading, PA 19601**

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**per capita taxes**

Debtor 1    **Andres A Acuna**

Debtor 2    **Karin M Acuna**

Case number *(if know)*    **17-18213**

---

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.3 | **PA Department of Revenue** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**ATTN: Bankruptcy Division**

**Department 280946**

**Harrisburg, PA 17128-0946**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Andres A Acuna**
Debtor 2  **Karin M Acuna**

Case number (*if know*)  **17-18213**

---

| 4.1 | **Arcadia Recovery Bureau** | Last 4 digits of account number  **2240** | $3,055.82 |

Nonpriority Creditor's Name
**P.O. Box 6768**
**Wyomissing, PA 19610**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection for Reading Area Water Authority**

---

| 4.2 | **AT&T Mobility** | Last 4 digits of account number  **0853** | $3,144.89 |

Nonpriority Creditor's Name
**P.O. Box 537104**
**Atlanta, GA 30353**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **past due cell phone bill**

---

| 4.3 | **Bernville Qualityfuels Inc.** | Last 4 digits of account number  _____ | $833.26 |

Nonpriority Creditor's Name
**330 Blair Ave.**
**Reading, PA 19601**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1  **Andres A Acuna**
Debtor 2  **Karin M Acuna**

Case number (if know)   **17-18213**

---

| 4.4 | **City of Reading** | Last 4 digits of account number   **2993** | **$3,217.06** |

Nonpriority Creditor's Name

**Property Maintenance Division**
**815 Washington Street**
**Reading, PA 19601-3690**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **housing ordinance fees**

---

| 4.5 | **City of Reading** | Last 4 digits of account number   _____ | **Unknown** |

Nonpriority Creditor's Name

**False Alarm Reduction Program**
**Lockbox 7322**
**P.O. Box 8500**
**Philadelphia, PA 19178-7322**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **false alarm violations**

---

| 4.6 | **Comcast Cable** | Last 4 digits of account number   **9384** | **$702.63** |

Nonpriority Creditor's Name

**PO Box 3005**
**Southeastern, PA 19398**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **past due cable bill**

---

Debtor 1  **Andres A Acuna**

Debtor 2  **Karin M Acuna**

Case number (if know)  **17-18213**

---

| 4.7 | **Comenity Capital/Boscovs** | | | $1,890.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number    **9929**

**P.O. Box 182120
Columbus, OH 43218**

When was the debt incurred?    **Opened 12/00  Last Active 5/30/17**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **consumer goods purchases**

---

| 4.8 | **Diamond Credit Union** | | | $6,597.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number    **1350**

**1600 Medical Drive
Pottstown, PA 19464**

When was the debt incurred?    **Opened 01/08  Last Active 9/08/17**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **consumer goods purchases**

---

| 4.9 | **Diamond Credit Union** | | | $1,879.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number    **0101**

**1600 Medical Drive
Pottstown, PA 19464**

When was the debt incurred?    **Opened 02/14  Last Active 11/13/17**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **personal loan**

---

Official Form 106 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Andres A Acuna** |
|---|---|
| Debtor 2 | **Karin M Acuna** |

Case number *(if know)*    **17-18213**

---

**4.10**

**Education Financial Services LLC**
Nonpriority Creditor's Name

**120 N Seven Oaks Drive**
**Knoxville, TN 37922**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0174**                              **$501.00**

**When was the debt incurred?**    **Opened 04/01  Last Active 10/20/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

**4.11**

**Education Financial Services LLC**
Nonpriority Creditor's Name

**120 N Seven Oaks Dr**
**Knoxville, TN 37922**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0074**                              **$355.00**

**When was the debt incurred?**    **Opened 09/00  Last Active 10/20/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

**4.12**

**Education Financial Services LLC**
Nonpriority Creditor's Name

**120 N Seven Oaks Drive**
**Knoxville, TN 37922**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0274**                              **$232.00**

**When was the debt incurred?**    **Opened 02/02  Last Active 10/20/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

Debtor 1  **Andres A Acuna**
Debtor 2  **Karin M Acuna**

Case number (if know)  **17-18213**

---

| 4.1 3 | **ENT Head & Neck Specialists, PC** | Last 4 digits of account number | **5032** | **$35.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**985 Berkshire Blvd., Ste. 101**
**Reading, PA 19610**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical services**

---

| 4.1 4 | **Erica Regusters** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Richard Weitzman, Esq.**
**1707 N. Charles Street**
**Suite 200A**
**Baltimore, MD 21201**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **disputed claim**

---

| 4.1 5 | **Fifth Third Bank** | Last 4 digits of account number | **2400** | **$20,668.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5050 Kingsley Drive**
**Cincinnati, OH 45227**

Number Street City State Zip Code

**When was the debt incurred?**  **Opened 06/13  Last Active 10/20/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **possible deficiency balance on surrendered vehicle.**

---

Debtor 1  **Andres A Acuna**
Debtor 2  **Karin M Acuna**

Case number (if know)  **17-18213**

---

**4.16**

**Hillcrest Davidson & Associates**

Nonpriority Creditor's Name

**715 N Glenville Drive**
**Richardson, TX 75081**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **1084**

When was the debt incurred?    **Opened 01/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collection for Monitronics**

**$1,363.00**

---

**4.17**

**Hillcrest Davidson & Associates**

Nonpriority Creditor's Name

**715 N Glenville Drive**
**Richardson, TX 75081**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **6167**

When was the debt incurred?    **Opened 08/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collection for Monitronics**

**$1,343.00**

---

**4.18**

**Home Shopping Network**

Nonpriority Creditor's Name

**P.O. Box 9090**
**Clearwater, FL 33758**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **monthly subscription**

**Unknown**

---

Debtor 1  **Andres A Acuna**
Debtor 2  **Karin M Acuna**

Case number (if know)  **17-18213**

---

| 4.1 9 | **Met-Ed** | Last 4 digits of account number | **0050,3393** | **$1,245.59** |

Nonpriority Creditor's Name
**P.O. Box 16001**
**Butler, PA 16001**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **past due electric bills**

---

| 4.2 0 | **Monitronics Security** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 814530**
**Dallas, TX 75381-4530**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **alarm system**

---

| 4.2 1 | **National Recovery Agency** | Last 4 digits of account number | **various account numbers** | **$2,886.00** |

Nonpriority Creditor's Name
**2491 Paxton Street**
**Harrisburg, PA 17111**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **collection for City of Reading**

---

Debtor 1  **Andres A Acuna**
Debtor 2  **Karin M Acuna**

Case number (if know)  **17-18213**

---

| 4.2 2 | **Nationwide Insurance** | | Last 4 digits of account number _____ | $135.52 |

Nonpriority Creditor's Name

**22901 Millcreek Boulevard**
**Beachwood, OH 44122**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Insurance**

---

| 4.2 3 | **Payliance** | | Last 4 digits of account number _____ | $71.50 |

Nonpriority Creditor's Name

**2 Easton Oval**
**Suite 310**
**Columbus, OH 43219-6011**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Collection for Central Pa**

---

| 4.2 4 | **Phares Fry Well Drilling & Pump Service** | | Last 4 digits of account number _____ | $2,035.43 |

Nonpriority Creditor's Name

**216 Virginville Rd.**
**Hamburg, PA 19526**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify _____

---

Debtor 1   **Andres A Acuna**
Debtor 2   **Karin M Acuna**

Case number (if know)   **17-18213**

---

| 4.2 5 | **Reading Health System** | Last 4 digits of account number | **3924** | **$25.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Bankruptcy Department**
**P.O. Box 16051**
**Reading, PA 19612-6051**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.2 6 | **Reading Orthodontic Group** | Last 4 digits of account number | | **$524.95** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**900 Heritage Drive**
**Suite 920**
**Pottstown, PA 19464**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Medical services**

---

| 4.2 7 | **Reading Parking Authority** | Last 4 digits of account number | | **$437.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**613 Franklin Street**
**Reading, PA 19602**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **parking tickets**

---

| | |
|---|---|
| Debtor 1 | **Andres A Acuna** |
| Debtor 2 | **Karin M Acuna** |

Case number (if know) **17-18213**

---

**4.28**

| | | | |
|---|---|---|---|
| **Santander Bank** | Last 4 digits of account number | **1458** | **$209.10** |

Nonpriority Creditor's Name

**450 Penn Street**
**Reading, PA 19602**
Number Street City State ZIp Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **overdraft fees**

---

**4.29**

| | | | |
|---|---|---|---|
| **Santander Bank NA** | Last 4 digits of account number | **6320** | **$4,767.00** |

Nonpriority Creditor's Name

**865 Brook Street**
**Rocky Hill, CT 06067**
Number Street City State ZIp Code

When was the debt incurred?   **Opened 03/11  Last Active 2/03/17**

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Check Credit Or Line Of Credit**

---

**4.30**

| | | | |
|---|---|---|---|
| **Sprint** | Last 4 digits of account number | **1605** | **$2,206.62** |

Nonpriority Creditor's Name

**c/o Diversified Consultants, Inc.**
**P.O. Box 551268**
**Jacksonville, FL 32255-1268**
Number Street City State ZIp Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **past due cell phone bill**

---

| Debtor 1 | **Andres A Acuna** | | |
|---|---|---|---|
| Debtor 2 | **Karin M Acuna** | | |

Case number *(if know)*    **17-18213**

---

| **4.3 1** | **St. Joseph Medical Center** | Last 4 digits of account number    **1078** | **$25.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 644168**
**Pittsburgh, PA 15264**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical services**

---

| **4.3 2** | **Synchrony Bank** | Last 4 digits of account number | **$1,129.99** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Patenaude & Felix, A.P.C.**
**213 E. Main Street**
**Carnegie, PA 15106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| **4.3 3** | **Synchrony Bank/Home Design Furniture** | Last 4 digits of account number    **8000** | **$3,957.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 05/15  Last Active 7/07/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **consumer goods purchases**

---

Debtor 1  **Andres A Acuna**
Debtor 2  **Karin M Acuna**

Case number (if know)   **17-18213**

---

| 4.3 4 | **T Mobile** | | | $520.00 |

Nonpriority Creditor's Name
**P.O. Box 742596**
**Cincinnati, OH 45274-2596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **cell phone bill**

---

| 4.3 5 | **The Children's Hospital of Philadelphia-** | | | $20.00 |

Nonpriority Creditor's Name
**Physician Services**
**P.O. Box 822520**
**Philadelphia, PA 19182**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 6586

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical services**

---

| 4.3 6 | **The Sherwin Williams Co.** | | | $2,523.08 |

Nonpriority Creditor's Name
**c/o Amato and Lessa PC**
**107 Borth Commerce Way**
**Bethlehem, PA 18017**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Andres A Acuna**
Debtor 2   **Karin M Acuna**

Case number (*if know*)   **17-18213**

---

| 4.37 | | | |
|---|---|---|---|

**U.S. Department of Education**
Nonpriority Creditor's Name

**P.O. Box 105193**
**Atlanta, GA 30348-5193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Educational**

**$1,068.04**

---

| 4.38 | | | |
|---|---|---|---|

**UGI Utilities, Inc.**
Nonpriority Creditor's Name

**P.O. Box 15503**
**Wilmington, DE 19886-5503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** **1001;4626**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **past due gas bills**

**$1,507.45**

---

| 4.39 | | | |
|---|---|---|---|

**Wells Fargo Bank, N.A**
Nonpriority Creditor's Name

**P.O. Box 6995**
**Portland, OR 97228-6995**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** **1031**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **insufficient funds fee for bank account**

**$205.97**

---

Debtor 1  **Andres A Acuna**
Debtor 2  **Karin M Acuna**                                          Case number (if know)  **17-18213**

---

| 4.4 0 | **Wells Fargo Business Card** | Last 4 digits of account number _____ | $1,840.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only            ☐ Contingent
☐ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                   ■ Other. Specify  **business debt**

---

| 4.4 1 | **Wells Fargo National Bank** | Last 4 digits of account number  4839 | $546.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 94498**
**Las Vegas, NV 89193**
Number Street City State Zip Code

When was the debt incurred?  **Opened 10/08  Last Active 11/22/15**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only            ☐ Contingent
☐ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                   ■ Other. Specify  **consumer goods purchases**

---

| 4.4 2 | **Western Berks Ambulance** | Last 4 digits of account number  2922 | $1,129.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2506 Belmont Ave.**
**West Lawn, PA 19609**
Number Street City State Zip Code

When was the debt incurred?  **11/26/2016**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only            ☐ Contingent
■ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                   ■ Other. Specify  **medical services**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Debtor 1 | **Andres A Acuna** |
|---|---|
| Debtor 2 | **Karin M Acuna** |

Case number (if know)    **17-18213**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 66.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 66.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 1,088.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 73,744.40 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 74,832.40 |