**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Andres A. Acuna<br>            Karin M Acuna<br>                        Debtor(s) | CHAPTER 13 |
| Fifth Third Bank<br>                        Moving Party<br>        vs. | NO. 17-18213 ref |
| Andres A. Acuna<br>Karin M Acuna<br>                        Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>                        Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Fifth Third Bank, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to exercise its rights under its loan documents and state law in the 2010 INFINITI QX, VIN: 5N3ZA0NE3AN905848.

Signed this           day of            , 2018.

**Date: February 9, 2018**

United States Bankruptcy Judge.

cc: See attached service list

Andres A. Acuna
104 Cathyann Drive
Reading, PA 19606

Karin M Acuna
104 Cathyann Drive
Reading, PA 19606

John A. DiGiamberardino
Case & DiGiamberardino, P.C.
845 N. Park Road
Ste. 101
Wyomissing, PA 19610

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532