United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-18213-ref
Andres A Acuna                                                  Chapter 13
Karin M Acuna
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 1                  Date Rcvd: Feb 09, 2018
                              Form ID: pdf900        Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db/jdb         +Andres A Acuna,   Karin M Acuna,   104 Cathyann Drive,   Reading, PA 19606-2409
cr             +Ernst Valery Investments Corp.,   1707 N. Charles Street,   Suite 200A,
                 Baltimore, MD 21201-5835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2018 01:37:26      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    Fifth Third Bank KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              RICHARD J. WEITZMAN    on behalf of Creditor    Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD L. ORLOSKI    on behalf of Creditor    Tropical Oil LLC ro10@cornell.edu
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andres A. Acuna<br>           Karin M Acuna<br>                               Debtor(s) | CHAPTER 13 |
| Fifth Third Bank<br>                          Moving Party<br>        vs. | NO. 17-18213 ref |
| Andres A. Acuna<br>Karin M Acuna<br>                               Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>                               Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Fifth Third Bank, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to exercise its rights under its loan documents and state law in the 2010 INFINITI QX, VIN: 5N3ZA0NE3AN905848.

Signed this           day of           , 2018.

**Date: February 9, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list

Andres A. Acuna
104 Cathyann Drive
Reading, PA 19606

Karin M Acuna
104 Cathyann Drive
Reading, PA 19606

John A. DiGiamberardino
Case & DiGiamberardino, P.C.
845 N. Park Road
Ste. 101
Wyomissing, PA 19610

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532