IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andres A. Acuna           :      Case No. 17-18213
       Karin M. Acuna            :      Chapter 13
         Debtors

## ORDER APPROVING EMPLOYMENT OF ACCOUNTANT

     Upon an application of Andres A. Acuna and Karin M. Acuna, the Debtors-in-Possession, for approval of employment of Bryan P. Struckmann, CPA as an accountant, and it appearing that Bryan P. Struckmann, CPA is a disinterested person as defined in the Bankruptcy Code, and that he holds no interest adverse to the Debtor-in-Possession, and no answer having been filed by any party in interest, it is ORDERED that the employment by the Debtor-in-Possession of Bryan P. Struckmann, CPA to render the professional services detailed in the application and at the rate specified in this application is approved.

BY THE COURT:

2/22/18                                    _____
                                                                                     J.