United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-18213-ref
Andres A Acuna                                                  Chapter 13
Karin M Acuna
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 1            Date Rcvd: Feb 22, 2018
                              Form ID: pdf900        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
```
db/jdb        +Andres A Acuna,   Karin M Acuna,   104 Cathyann Drive,   Reading, PA 19606-2409
cr            +Ernst Valery Investments Corp.,   1707 N. Charles Street,   Suite 200A,
                Baltimore, MD 21201-5835
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:04:45      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc              Bryan P. Struckmann
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et.Al
               paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor   Fifth Third Bank KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
              RICHARD J. WEITZMAN    on behalf of Creditor   Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD L. ORLOSKI    on behalf of Creditor   Tropical Oil LLC ro10@cornell.edu
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andres A. Acuna         :      Case No. 17-18213
       Karin M. Acuna          :      Chapter 13
          Debtors

## ORDER APPROVING EMPLOYMENT OF ACCOUNTANT

Upon an application of Andres A. Acuna and Karin M. Acuna, the Debtors-in-Possession, for approval of employment of Bryan P. Struckmann, CPA as an accountant, and it appearing that Bryan P. Struckmann, CPA is a disinterested person as defined in the Bankruptcy Code, and that he holds no interest adverse to the Debtor-in-Possession, and no answer having been filed by any party in interest, it is ORDERED that the employment by the Debtor-in-Possession of Bryan P. Struckmann, CPA to render the professional services detailed in the application and at the rate specified in this application is approved.

BY THE COURT:

2/22/18

_____
                                                  J.