**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ANDRES ACUNA                                     : CHAPTER 13
KARIN M. ACUNA                                   :
                                                 :
        DEBTOR            : CASE NO. 17-18213-ref

CERTIFICATE OF SERVICE MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR RELIEF

    I, Richard J. Weitzman, Esquire, attorney for the Movant herein, hereby certify on the date below I caused a true copy of Movant's Memorandum of Law in Support of Motion for Relief, to be served by first-class mail, post prepaid, on the following:

**JOHN A. DIGIAMBERARDINO**
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610
610-372-9900
Fax : 610-372-5469
Email: jad@cdllawoffice.com

United States Trustee:

**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
610-779-1313

**Andres Acuna**
**Karen M. Acuna**
104 Cathyann Drive
Reading, PA 19606

        Law Offices of Richard J. Weitzman, P.C.

    By:   _/s/ Richard J. Weitzman, Esquire_
           Richard J. Weitzman, Esquire
           3 N. 2nd Street; Suite 200

                Philadelphia, PA 19106
                (215) 627-4400
                Attorney for Movant
                Ernst Valery Investments Corp.

Dated:  March 28, 2018