UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>ANDRES A. ACUNA<br>and KARIN M. ACUNA.<br>　　　Debtors | :<br>:<br>:<br>:<br>: | Chapter 13<br>Case No. 17-18213REF |
| ANDRES A. ACUNA,<br>　　　Plaintiff | :<br>:<br>: | |
| v. | : | Adv. No. 18-0045 |
| ERNST VALERY INVESTMENTS CORP.,<br>　　　Defendant | :<br>:<br>:<br>: | |

# O R D E R

AND NOW, this 2 day of April, 2018, upon my consideration of the Motion filed by Ernst Valery Investments Corp. ("EVIC") seeking to vacate the automatic stay, the Response thereto filed by Debtor, and the post-hearing briefs filed by the parties, and after hearing held on March 12, 2018,

IT IS HEREBY ORDERED that my decision on EVIC's motion to vacate the automatic stay is DEFERRED pending my decision in <u>Acuna v. Ernst Valery Investments Corp.</u>, Adv. No. 18-0045.

IT IS FURTHER ORDERED that the deadline for completion of all discovery is **Monday, April 30, 2018.**

IT IS FURTHER ORDERED that the Joint Pre-Trial Statement shall be filed on **Friday, May 11, 2018.**

IT IS FURTHER ORDERED that the Pre-Trial Conference shall be held:

> On: **Wednesday, May 16, 2018**
> At: **9:30 a.m.**
> In: **Courtroom No. 1**
> **Third Floor, The Madison**
> **400 Washington St.**
> **Reading, PA.**

IT IS FURTHER ORDERED that trial in this adversary proceeding shall take place:

> On: **Tuesday, May 22, 2018**
> At: **9:30 a.m.**
> In: **Courtroom No. 1**
> **Third Floor, The Madison**
> **400 Washington St.**
> **Reading, PA.**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge