**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ANDRES ACUNA | : CHAPTER 13 |
| KARIN M. ACUNA | : |
| | : |
| DEBTOR | : CASE NO. 17-18213-ref |
| | |
| Andres A. Acuna and Karin M. Acuna | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : Adversary No. 18-45 |
| | : |
| Ernst Valery Investments Corp. | : Answer of |
| Frederick L. Regile, Trustee | : Ernst Valery Investments Corp. |
| | : |
| Defendants. | : |

CERTIFICATE OF SERVICE ANSWER TO COMPLAINT

I, Richard J. Weitzman, Esquire, attorney for the Defendant herein, hereby certify

on the date below I caused a true copy of Defendant's Answer to Complaint, to be served

by first-class mail, post prepaid, on the following:

**JOHN A. DIGIAMBERARDINO**
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610
610-372-9900
Fax : 610-372-5469
Email: jad@cdllawoffice.com

United States Trustee:

**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
610-779-1313

**Andres Acuna**
**Karen M. Acuna**
104 Cathyann Drive
Reading, PA 19606

Law Offices of Richard J. Weitzman, P.C.

By:      _/s/ Richard J. Weitzman, Esquire__
        Richard J. Weitzman, Esquire
        3 N. 2nd Street; Suite 200
        Philadelphia, PA 19106
        (215) 627-4400
        Attorney for Movant
        Ernst Valery Investments Corp.

Dated:  April 4, 2018