**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANDRES A. ACUNA　　　　　　　　　　　　　　BK. No. 17-18213-ref
KARIN M. ACUNA

　　　　　　　Debtors　　　　　　　　　　　　Chapter No. 13

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR SAXON
ASSET SECURITIES TRUST 2006-2
MORGAGE LOAN ASSET BACKED　　　　　　11 U.S.C. §362
CERTIFICATES, SERIES 2006-2
　　　　　　　Movant
　　　　　v.
ANDRES A. ACUNA
KARIN M. ACUNA

　　　　　　　Respondents

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　　　　**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2006-2 MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-2** has filed a Motion for Relief from the Automatic Stay with the Court to permit **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2006-2 MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-2** to Foreclose on **1711-1713 MINERAL SPRING ROAD, READING, PA 19602**.

　　　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　　　　1.　　　If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 19, 2018, you or your attorney must do all of the following:

　　　　　　　　(a) file an answer explaining your position at:

　　　　　　　　　　Clerk's Office, U.S. Bankruptcy Court
　　　　　　　　　　The Madison Building, Suite 300
　　　　　　　　　　400 Washington Street
　　　　　　　　　　Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the Movant's attorney:

>PHELAN HALLINAN DIAMOND & JONES, LLP
>1617 JFK Boulevard, Suite 1400
>One Penn Center Plaza
>Philadelphia, PA  19103

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable RICHARD E. FEHLING on April 26, 2018 at 9:30 AM, in Courtroom 1, United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P 9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

April 5, 2018