United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-18213-ref
Andres A Acuna                                                  Chapter 13
Karin M Acuna
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: dlv                 Page 1 of 1            Date Rcvd: Apr 03, 2018
                               Form ID: pdf900           Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db/jdb         +Andres A Acuna,    Karin M Acuna,    104 Cathyann Drive,    Reading, PA 19606-2409
cr             +Ernst Valery Investments Corp.,    1707 N. Charles Street,    Suite 200A,
                Baltimore, MD 21201-5835
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 01:50:34      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             Bryan P. Struckmann
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               paeb@fedphe.com
              JODI L. HAUSE     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               jodi.hause@phelanhallinan.com,   paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              KEVIN G. MCDONALD     on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              RICHARD J. WEITZMAN    on behalf of Creditor    Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD L. ORLOSKI    on behalf of Creditor    Tropical Oil LLC ro10@cornell.edu
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANDRES A. ACUNA<br>and KARIN M. ACUNA.<br>      Debtors | Chapter 13<br>Case No. 17-18213REF |
| ANDRES A. ACUNA,<br>      Plaintiff | |
| v. | Adv. No. 18-0045 |
| ERNST VALERY INVESTMENTS CORP.,<br>      Defendant | |

# O R D E R

AND NOW, this 2 day of April, 2018, upon my consideration of the Motion filed by Ernst Valery Investments Corp. ("EVIC") seeking to vacate the automatic stay, the Response thereto filed by Debtor, and the post-hearing briefs filed by the parties, and after hearing held on March 12, 2018,

IT IS HEREBY ORDERED that my decision on EVIC's motion to vacate the automatic stay is DEFERRED pending my decision in Acuna v. Ernst Valery Investments Corp., Adv. No. 18-0045.

IT IS FURTHER ORDERED that the deadline for completion of all discovery is **Monday, April 30, 2018.**

IT IS FURTHER ORDERED that the Joint Pre-Trial Statement shall be filed on **Friday, May 11, 2018.**

IT IS FURTHER ORDERED that the Pre-Trial Conference shall be held:

    **On:** **Wednesday, May 16, 2018**
    **At:** **9:30 a.m.**
    **In:** **Courtroom No. 1**
        **Third Floor, The Madison**
        **400 Washington St.**
        **Reading, PA.**

IT IS FURTHER ORDERED that trial in this adversary proceeding shall take place:

    **On:** **Tuesday, May 22, 2018**
    **At:** **9:30 a.m.**
    **In:** **Courtroom No. 1**
        **Third Floor, The Madison**
        **400 Washington St.**
        **Reading, PA.**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge