## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANDRES ACUNA<br>KARIN M. ACUNA | : CHAPTER 13<br>:<br>: |
| DEBTOR | : CASE NO. 17-18213-ref |
| Andres A. Acuna and Karin M. Acuna | :<br>: |
| Plaintiffs | :<br>: |
| v. | : |
| Ernst Valery Investments Corp.<br>Frederick L. Reigle, Trustee | :<br>: |
| Defendants. | : |

### CONSENT ORDER

AND NOW, this ____ day of June, 2018, upon consent of the parties, it is hereby ORDERED that Motion filed by Ernst Valery Investments Corp. ("EVIC") seeking to vacate the automatic stay, is MOOT, subject, nevertheless, to the specific terms and conditions, incorporated herein, as set forth in the June 15, 2018 STIPULATION between the parties and entered by the Court in Adversary No. 18-45.

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge

| | |
|---|---|
| Law Offices of Richard J. Weitzman, P.C. | Case & DiGiamberardino, P.C. |
| By:  /s/ Richard J. Weitzman, Esquire<br>Richard J. Weitzman, Esquire<br>3 N. 2nd Street; Suite 200<br>Philadelphia, PA 19106<br>(215) 627-4400<br>Attorney for Defendant/Movant<br>Ernst Valery Investments Corp.<br>Dated: June 11, 2018 | By:  _____<br>John A. DiGiamberardino, Esq.<br>845 N. Park Road<br>Suite 101<br>Wyomissing, PA 19610<br>Attorney for Debtor/Plaintiff<br>Andres A. Acuna<br>Dated: June 21, 2018 |