UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANDRES ACUNA<br>KARIN M. ACUNA | : CHAPTER 13<br>:<br>: |
| DEBTOR | : CASE NO. 17-18213-ref |
| Andres A. Acuna and Karin M. Acuna | : |
| Plaintiffs | : |
| v. | : |
| Ernst Valery Investments Corp.<br>Frederick L. Reigle, Trustee | : |
| Defendants. | : |

## CONSENT ORDER

AND NOW, this ____ day of June, 2018, upon consent of the parties, it is hereby ORDERED that Motion filed by Ernst Valery Investments Corp. ("EVIC") seeking to vacate the automatic stay, is MOOT, subject, nevertheless, to the specific terms and conditions, incorporated herein, as set forth in the June 15, 2018 STIPULATION between the parties and entered by the Court in Adversary No. 18-45.

BY THE COURT:

**Date: June 25, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge

| Law Offices of Richard J. Weitzman, P.C. | Case & DiGiamberardino, P.C. |
|---|---|

By: _/s/ Richard J. Weitzman, Esquire_  
Richard J. Weitzman, Esquire  
3 N. 2nd Street; Suite 200  
Philadelphia, PA 19106  
(215) 627-4400  
Attorney for Defendant/Movant  
Ernst Valery Investments Corp.  
Dated: June 11, 2018

By: _____  
John A. DiGiamberardino, Esq.  
845 N. Park Road  
Suite 101  
Wyomissing, PA 19610  
Attorney for Debtor/Plaintiff  
Andres A. Acuna  
Dated: June 21, 2018