United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18213-ref
Andres A Acuna                                                        Chapter 13
Karin M Acuna
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 2             Date Rcvd: Jun 25, 2018
                             Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db/jdb         +Andres A Acuna,    Karin M Acuna,   104 Cathyann Drive,    Reading, PA 19606-2409
cr             +Ernst Valery Investments Corp.,    1707 N. Charles Street,    Suite 200A,
                 Baltimore, MD 21201-5835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:28:43     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             Bryan P. Struckmann
cd*            +Andres A Acuna,    104 Cathyann Drive,   Reading, PA 19606-2409
cc*            +Ernst Valery Investments Corp.,    1707 N. Charles Street,    Suite 200A,
                 Baltimore, MD 21201-5835
cd*            +Karin M Acuna,    104 Cathyann Drive,   Reading, PA 19606-2409
                                                                                    TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
           paeb@fedphe.com
          JODI L. HAUSE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
           jodi.hause@phelanhallinan.com,   paeb@fedphe.com
          JOHN A. DIGIAMBERARDINO     on behalf of Joint Debtor Karin M Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO     on behalf of Plaintiff Andres A Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO     on behalf of Debtor Andres A Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO     on behalf of Counter-Defendant Karin M Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO     on behalf of Counter-Defendant Andres A Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO     on behalf of Plaintiff Karin M Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          RICHARD J. WEITZMAN    on behalf of Counter-Claimant    Ernst Valery Investments Corp.
           rich@rjweitzmanlaw.com
          RICHARD J. WEITZMAN    on behalf of Creditor    Ernst Valery Investments Corp.
           rich@rjweitzmanlaw.com
          RICHARD J. WEITZMAN    on behalf of Defendant    Ernst Valery Investments Corp.
           rich@rjweitzmanlaw.com
          RICHARD L. ORLOSKI    on behalf of Creditor    Tropical Oil LLC ro10@cornell.edu
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
           Et.Al paeb@fedphe.com

```
District/off: 0313-4          User: dlv                    Page 2 of 2                   Date Rcvd: Jun 25, 2018
                              Form ID: pdf900              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                            TOTAL: 19

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANDRES ACUNA<br>KARIN M. ACUNA | : CHAPTER 13<br>:<br>: |
| DEBTOR | : CASE NO. 17-18213-ref |
| Andres A. Acuna and Karin M. Acuna | :<br>: |
| Plaintiffs | :<br>: |
| v. | :<br>: |
| Ernst Valery Investments Corp.<br>Frederick L. Reigle, Trustee | :<br>:<br>: |
| Defendants. | : |

## CONSENT ORDER

AND NOW, this ____ day of June, 2018, upon consent of the parties, it is hereby ORDERED that Motion filed by Ernst Valery Investments Corp. ("EVIC") seeking to vacate the automatic stay, is MOOT, subject, nevertheless, to the specific terms and conditions, incorporated herein, as set forth in the June 15, 2018 STIPULATION between the parties and entered by the Court in Adversary No. 18-45.

BY THE COURT:

**Date: June 25, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge

| | |
|---|---|
| Law Offices of Richard J. Weitzman, P.C. | Case & DiGiamberardino, P.C. |
| By:  /s/ Richard J. Weitzman, Esquire  <br>Richard J. Weitzman, Esquire <br>3 N. 2nd Street; Suite 200 <br>Philadelphia, PA 19106 <br>(215) 627-4400 <br>Attorney for Defendant/Movant <br>Ernst Valery Investments Corp. <br>Dated: June 11, 2018 | By:  _____ <br>John A. DiGiamberardino, Esq. <br>845 N. Park Road <br>Suite 101 <br>Wyomissing, PA 19610 <br>Attorney for Debtor/Plaintiff <br>Andres A. Acuna <br>Dated: June 21, 2018 |