IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andres A. Acuna           :    Case No. 17-18213
Karin M. Acuna                    :    Chapter 13
       Debtors

**ORDER**

Upon consideration of the Debtors' Motion to Sell Real Estate Located at 1746 Mineral Spring Road, Reading, Berks County, Pennsylvania, ~~Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363,~~

IT IS HEREBY ORDERED that the Motion is granted. The Movant shall be permitted to sell the real estate located at 1745 Mineral Spring Rd., Reading, Berks County, Pennsylvania, ~~free and clear of all liens~~ in accordance with the terms of the Agreement of Sale attached as Exhibit "A" to the Motion and to distribute the proceeds as follows:

A.    Payment of ordinary and necessary expenses incurred incident to the sale of the real estate, including but not limited to, payment of the real estate commission, payment of transfer taxes, if any, deed preparation, notary fees, disbursal fees, current and past real estate taxes, including those taxes owed to the Tax Claim Bureau of Berks County, and tax pro rations, tax certifications, delivery charges, and other ordinary costs and expenses associated with a residential real estate transfer, (collectively, the "Settlement Costs").

B.    Payment of an agreed release amount or the outstanding balance owed to Key Bank, World's Foremost Bank, and Tropical Oil, LLC, whichever is less.

C.    No remaining proceeds are anticipated from the sale. Provided, however, that in the unlikely event that the net proceeds are available, those proceeds will be distributed to the Trustee to fund the Debtors' obligations under their Chapter 13 Plan.

IT IS FURTHER ORDERED that a HUD-1 settlement sheet shall be provided to the Chapter 13 Trustee within ten (10) days from the date of settlement.

It is FURTHER ORDERED that the stay provided by B.R.C.P. 6004(h) shall be inapplicable to this Order.

7/26/18

BY THE COURT:

_____
                                                                J.