United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-18213-ref
Andres A Acuna                                                      Chapter 13
Karin M Acuna
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith              Page 1 of 2            Date Rcvd: Jul 26, 2018
                              Form ID: pdf900          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
```
db/jdb         +Andres A Acuna,    Karin M Acuna,    104 Cathyann Drive,    Reading, PA 19606-2409
cr             +Ernst Valery Investments Corp.,    1707 N. Charles Street,    Suite 200A,
                 Baltimore, MD 21201-5835
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2018 01:55:31      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             Bryan P. Struckmann
cd*            +Andres A Acuna,    104 Cathyann Drive,    Reading, PA 19606-2409
cc*            +Ernst Valery Investments Corp.,    1707 N. Charles Street,    Suite 200A,
                 Baltimore, MD 21201-5835
cd*            +Karin M Acuna,    104 Cathyann Drive,    Reading, PA 19606-2409
                                                                                TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Counter-Defendant Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Counter-Defendant Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              RICHARD J. WEITZMAN    on behalf of Counter-Claimant    Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD J. WEITZMAN    on behalf of Creditor    Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD J. WEITZMAN    on behalf of Defendant    Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD L. ORLOSKI    on behalf of Creditor    Tropical Oil LLC ro10@cornell.edu
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               Et.Al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4          User: Keith                 Page 2 of 2             Date Rcvd: Jul 26, 2018
                              Form ID: pdf900             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
        TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andres A. Acuna           :    Case No. 17-18213
         Karin M. Acuna            :    Chapter 13
              Debtors

## ORDER

Upon consideration of the Debtors' Motion to Sell Real Estate Located at 1746 Mineral Spring Road, Reading, Berks County, Pennsylvania, ~~Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363~~,

IT IS HEREBY ORDERED that the Motion is granted. The Movant shall be permitted to sell the real estate located at 1745 Mineral Spring Rd., Reading, Berks County, Pennsylvania, ~~free and clear of all liens~~ in accordance with the terms of the Agreement of Sale attached as Exhibit "A" to the Motion and to distribute the proceeds as follows:

    A.    Payment of ordinary and necessary expenses incurred incident to the sale of the real estate, including but not limited to, payment of the real estate commission, payment of transfer taxes, if any, deed preparation, notary fees, disbursal fees, current and past real estate taxes, including those taxes owed to the Tax Claim Bureau of Berks County, and tax pro rations, tax certifications, delivery charges, and other ordinary costs and expenses associated with a residential real estate transfer, (collectively, the "Settlement Costs").

    B.    Payment of an agreed release amount or the outstanding balance owed to Key Bank, World's Foremost Bank, and Tropical Oil, LLC, whichever is less.

    C.    No remaining proceeds are anticipated from the sale. Provided, however, that in the unlikely event that the net proceeds are available, those proceeds will be distributed to the Trustee to fund the Debtors' obligations under their Chapter 13 Plan.

IT IS FURTHER ORDERED that a HUD-1 settlement sheet shall be provided to the Chapter 13 Trustee within ten (10) days from the date of settlement.

It is FURTHER ORDERED that the stay provided by B.R.C.P. 6004(h) shall be inapplicable to this Order.

7/26/18

BY THE COURT:

_____
J.