## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANDRES ACUNA                                  : CHAPTER 13
KARIN M. ACUNA                                :
                                              :
                    DEBTOR                    : CASE NO. 17-18213-ref
                                              :
                                              : Adversary No. 18-45
ERNST VALERY INVESTMENTS CORP.                :
                    MOVANT                     :

# O R D E R

Upon the Certification of Default of **Richard J. Weitzman, Esquire, attorney**

**for creditor Ernst Valery Investments Corp.**, and for cause shown, it is hereby:

**ORDERED** that the automatic stay of Bankruptcy Code §362(a) is vacated to

permit Ernst Valery Investments Corp. ("EVI") to institute or resume and prosecute to

conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue EVI's

rights in the following property described below to the extent and in the manner provided

by any applicable contract documents and non-bankruptcy law.

**1656 Cotton Street, City of Reading, Berks County, PA 19602**

**ORDERED** Rule 4001(a)(3) is not applicable and EVI may immediately enforce

and implement this Order granting relief from the automatic stay,

BY THE COURT:

**Date: September 17, 2018**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge
Eastern District of Pennsylvania

No where in the stipulation does a waiver of 4001(a)(3) exist.