United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-18213-ref
Andres A Acuna                                                         Chapter 13
Karin M Acuna
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 2            Date Rcvd: Sep 17, 2018
                             Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db/jdb         +Andres A Acuna,   Karin M Acuna,   104 Cathyann Drive,   Reading, PA 19606-2409
cr             +Ernst Valery Investments Corp.,   1707 N. Charles Street,   Suite 200A,
                 Baltimore, MD 21201-5835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 02:37:40      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             Bryan P. Struckmann
cd*            +Andres A Acuna,   104 Cathyann Drive,   Reading, PA 19606-2409
cc*            +Ernst Valery Investments Corp.,   1707 N. Charles Street,   Suite 200A,
                 Baltimore, MD 21201-5835
cd*            +Karin M Acuna,   104 Cathyann Drive,   Reading, PA 19606-2409
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JACOB T. THIELEN    on behalf of Creditor    Phares Fry Well Drilling jacob@omtlawfirm.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               jodi.hause@phelanhallinan.com,   paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO     on behalf of Plaintiff Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Joint Debtor Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Plaintiff Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Debtor Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Counter-Defendant Karin M Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Counter-Defendant Andres A Acuna jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              RICHARD J. WEITZMAN    on behalf of Counter-Claimant    Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD J. WEITZMAN    on behalf of Creditor    Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD J. WEITZMAN    on behalf of Defendant    Ernst Valery Investments Corp.
               rich@rjweitzmanlaw.com
              RICHARD L. ORLOSKI    on behalf of Creditor    Tropical Oil LLC ro10@cornell.edu
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               Et.Al paeb@fedphe.com

```
District/off: 0313-4          User: dlv                 Page 2 of 2               Date Rcvd: Sep 17, 2018
                              Form ID: pdf900           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                        TOTAL: 20
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ANDRES ACUNA | : CHAPTER 13 |
| KARIN M. ACUNA | : |
| | : |
| DEBTOR | : CASE NO. 17-18213-ref |
| | : |
| | : Adversary No. 18-45 |
| ERNST VALERY INVESTMENTS CORP. | : |
| MOVANT | : |

**O R D E R**
_____

Upon the Certification of Default of **Richard J. Weitzman, Esquire, attorney for creditor Ernst Valery Investments Corp.**, and for cause shown, it is hereby:

**ORDERED** that the automatic stay of Bankruptcy Code §362(a) is vacated to permit Ernst Valery Investments Corp. ("EVI") to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue EVI's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**1656 Cotton Street, City of Reading, Berks County, PA 19602**

~~**ORDERED** Rule 4001(a)(3) is not applicable and EVI may immediately enforce and implement this Order granting relief from the automatic stay.~~

BY THE COURT:

**Date: September 17, 2018**

_R NME [signature]_
_____
Honorable Richard E. Fehling
United States Bankruptcy Judge
Eastern District of Pennsylvania

No where in the stipulation does a waiver of 4001(a)(3) exist.