United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18213-ref
Andres A Acuna                                                          Chapter 13
Karin M Acuna
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 3              Date Rcvd: Oct 04, 2018
                              Form ID: pdf900          Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
```
db/jdb       +Andres A Acuna,    Karin M Acuna,    104 Cathyann Drive,    Reading, PA 19606-2409
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14042976     +Amcol Systems,    111 Lancewood Rd,    Columbia, SC 29210-7523
14042977     +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
14066255      Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
14052606     +Bernville Qualityfuels Inc.,    330 Blair Ave.,    Reading, PA 19601-1908
14024326     +Best Pest Control Service LLC,    P.O. Box 13725,    2100 N. 13th Street,
               Reading, PA 19612-7000
14055307      CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14042980      City of Reading,    Property Maintenance Division,    815 Washington Street,
               Reading, PA 19601-3690
14042982     +City of Reading,    Tax Administration Bureau,    815 Washington St.,    Reading, PA 19601-3615
14042981      City of Reading,    False Alarm Reduction Program,    Lockbox 7322,    P.O. Box 8500,
               Philadelphia, PA 19178-7322
14042983     +Comcast Cable,    PO Box 3005,    Southeastern, PA 19398-3005
14042984     +Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Street,    Suite 101,
               Peoria, IL 61602-1229
14056463      DEUTSCHE BANK NATIONAL TRUST COMPANY ET. AL.,    OCWEN LOAN SERVICING, LLC,
               ATTN: BANKRUPTCY DEPARTMENT,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14024329     +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
14042986     +ENT Head & Neck Specialists, PC,    985 Berkshire Blvd., Ste. 101,    Reading, PA 19610-1268
14024330     +Education Financial Services LLC,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
14024332     +Erica Regusters,    c/o Ricahrd Weitzman, Esq.,    1707 N. Charles Street,    Suite 200A,
               Baltimore, MD 21201-5835
14024333     +Ernst Valery Investments Corporation,    1707 N. Charles Street,    Suite 200A,
               Baltimore, MD 21201-5835
14024334     +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
14029618     +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14024335     +Gary L. Dorsett, Esquire,    606 N. 5th Street,    Reading, PA 19601-4503
14024337     +Jaffe & Asher, LLP,    2041 Springwood Rd.,    York, PA 17403-4836
14044628     +John A. DiGiamberardino, Esq.,    Case & DiGiamberardino, P.C.,    845 N. Park Rd.,    Suite 101,
               Wyomissing, PA 19610-1342
14056319     +KeyBank National Association,    731 Chestnut Street,    Emmaus, PA 18049-2017
14024338     +Law Offices of Richard J. Weitzman, Esq.,    3 N. 2nd Street,    Suite 200,
               Philadelphia, PA 19106-2299
14042990    ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
             (address filed with court: Met-Ed,     P.O. Box 16001,    Reading, PA  19612)
14053466     +Met Ed/FirstEnergy,    101 Crawford's Corner Rd Bldg # 1 Ste 1-,    Holmdel, NJ 07733-1976
14042993     +Nationwide Insurance,    22901 Millcreek Boulevard,    Beachwood, OH 44122-5724
14052607     +Payliance,    2 Easton Oval,    Suite 310,    Columbus, OH 43219-6193
14042995      Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14042996     #+Penn Credit Corporation,    916 S. 14th St.,    Harrisburg, PA 17104-3425
14052608     +Phares Fry Well Drilling & Pump Service,    216 Virginville Rd.,    Hamburg, PA 19526-8608
14042998     +RUI Credit Services,    P.O. box 1349,    Melville, NY 11747-0421
14089945     +Reading Area Water Authority,    1801 Kutztown Road,    Suite 201,    Rweading, PA 19604-1515
14024340     +Reading Area Water Authority,    1801 Kutztown Road, Suite 201,    Reading, PA 19604-1515
14042997      Reading Health System,    Bankruptcy Department,    P.O. Box 16051,    Reading, PA 19612-6051
14052609     +Reading Parking Authority,    613 Franklin Street,    Reading, PA 19602-1101
14042999     +Santander Bank,    450 Penn Street,    Reading, PA 19602-1011
14024341     +Santander Bank NA,    865 Brook Street,    Rocky Hill, CT 06067-3444
14039238     +Santander Bank, N.A.,    601 Penn St.,    MC: 10-6438-FB7,    Reading, PA 19601-3563
14043001     +St. Joseph Medical Center,    PO Box 644168,    Pittsburgh, PA 15264-4168
14024342     +Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
14052611    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: T Mobile,     P.O. Box 742596,    Cincinnati, OH 45274-2596)
14024344     +Tax Claim Bureau of Berks County,    Berks County Services Center,    2nd Floor,
               633 Court Street,    Reading, PA 19601-3552
14043002     +The Children's Hospital of Philadelphia-,    Physician Services,    P.O. Box 822520,
               Philadelphia, PA 19182-2520
14052612      The Sherwin Williams Co.,    c/o Amato and Lessa PC,    107 Borth Commerce Way,
               Bethlehem, PA 18017
14043003     +Tropical Oil LLC,    c/o Richard Orloski, Esq.,    Orloski Law Firm,
               111 North Cedar Crest Boulevard,    Allentown, PA 18104-4602
14043004      U.S. Department of Education,    P.O. Box 105193,    Atlanta, GA 30348-5193
14043005      UGI Utilities, Inc.,    P.O. Box 15503,    Wilmington, DE 19886-5503
14111825      US Department of Education,    PO BOX 16448,    St. Paul, MN 55116-0448
14043006      Wells Fargo Bank, N.A,    P.O. Box 6995,    Portland, OR 97228-6995
14041297      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

```
District/off: 0313-4           User: SaraR                  Page 2 of 3                  Date Rcvd: Oct 04, 2018
                               Form ID: pdf900              Total Noticed: 83


14043007       +Wells Fargo Business Card,    P.O. Box 29482,    Phoenix, AZ 85038-9482
14024345       +Wells Fargo National Bank,    P.O. Box 94498,    Las Vegas, NV 89193-4498
14043008       +Western Berks Ambulance,    2506 Belmont Ave.,    West Lawn, PA 19609-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2018 02:18:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2018 02:23:43      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14042978       +E-mail/Text: g20956@att.com Oct 05 2018 02:18:39      AT&T Mobility,    P.O. Box 537104,
                 Atlanta, GA 30353-7104
14058806       +E-mail/Text: g20956@att.com Oct 05 2018 02:18:40      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14024327       +E-mail/Text: WFB.Bankruptcy@cabelas.com Oct 05 2018 02:18:47      Capital One/Cabelas,
                 4800 NW 1st Street Suite 300,    Lincoln, NE 68521-4463
14024328       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 05 2018 02:17:45      Comenity Capital/Boscovs,
                 P.O. Box 182120,    Columbus, OH 43218-2120
14042985       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 05 2018 02:18:44
                 Credit Collection Services,    Two Wells Avenue,    Dept 9134,    Newton, MA 02459-3225
14024336       +E-mail/Text: jmoreno@hillcrestdavidson.com Oct 05 2018 02:17:44
                 Hillcrest Davidson & Associates,    715 N Glenville Drive,    Richardson, TX 75081-2879
14042987       +E-mail/Text: bankruptcy@hsn.net Oct 05 2018 02:18:37      Home Shopping Network,    P.O. Box 9090,
                 Clearwater, FL 33758-9090
14042988        E-mail/Text: cio.bncmail@irs.gov Oct 05 2018 02:17:42      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14043088       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 05 2018 02:18:15      Key Bank,
                 127 Public Square,    Cleveland, OH 44114-1226
14042989        E-mail/Text: support@ljross.com Oct 05 2018 02:17:44      L.J. Ross Associates, Inc.,
                 P.O. Box 6099,    Jackson, MI 49204-6099
14042991        E-mail/Text: bankruptcy@mymoni.com Oct 05 2018 02:17:38      Monitronics Security,
                 P.O. Box 814530,    Dallas, TX 75381-4530
14042992       +E-mail/Text: Bankruptcies@nragroup.com Oct 05 2018 02:18:48      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14024339       +Fax: 407-737-5634 Oct 05 2018 02:31:32      Ocwen Loan Servicing LLC,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
14042994        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 02:18:03      PA Department of Revenue,
                 ATTN:  Bankruptcy Division,    Department 280946,    Harrisburg, PA 17128-0946
14026114       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2018 02:46:27
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14043884        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 02:18:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14047854        E-mail/Text: appebnmailbox@sprint.com Oct 05 2018 02:18:07      Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
14043000        E-mail/Text: bankruptcynotices@dcicollect.com Oct 05 2018 02:18:39      Sprint,
                 c/o Diversified Consultants, Inc.,    P.O. Box 551268,    Jacksonville, FL 32255-1268
14052610       +E-mail/Text: paparalegals@pandf.us Oct 05 2018 02:18:47      Synchrony Bank,
                 c/o Patenaude & Felix, A.P.C.,    213 E. Main Street,    Carnegie, PA 15106-2701
14024343       +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2018 02:23:21
                 Synchrony Bank/Home Design Furniture,    P.O. Box 965036,    Orlando, FL 32896-5036
14054654        E-mail/Text: bkrcy@ugi.com Oct 05 2018 02:18:42      UGI Utilities Inc,    PO Box 13009,
                 Reading PA 19612
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             Bryan P. Struckmann
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cd*            +Andres A Acuna,    104 Cathyann Drive,    Reading, PA 19606-2409
cr*            +Ernst Valery Investments Corp.,    1707 N. Charles Street,    Suite 200A,
                 Baltimore, MD 21201-5835
cc*            +Ernst Valery Investments Corp.,    1707 N. Charles Street,    Suite 200A,
                 Baltimore, MD 21201-5835
cd*            +Karin M Acuna,    104 Cathyann Drive,    Reading, PA 19606-2409
14024331*      +Education Financial Services LLC,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
14095713*      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14042979      ##+Berks EIT Bureau,    920 Van Reed Rd.,    Reading, PA 19610-1732
                                                                                   TOTALS: 1, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-4          User: SaraR              Page 3 of 3              Date Rcvd: Oct 04, 2018
                              Form ID: pdf900         Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:

```
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JACOB T. THIELEN    on behalf of Creditor   Phares Fry Well Drilling jacob@omtlawfirm.com
          JEROME B. BLANK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et.Al
           paeb@fedphe.com
          JODI L. HAUSE    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et.Al
           jodi.hause@phelanhallinan.com, paeb@fedphe.com
          JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Andres A Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Andres A Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Counter-Defendant Karin M Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Counter-Defendant Andres A Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Karin M Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Karin M Acuna jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          RICHARD J. WEITZMAN    on behalf of Counter-Claimant   Ernst Valery Investments Corp.
           rich@rjweitzmanlaw.com
          RICHARD J. WEITZMAN    on behalf of Creditor   Ernst Valery Investments Corp.
           rich@rjweitzmanlaw.com
          RICHARD J. WEITZMAN    on behalf of Defendant   Ernst Valery Investments Corp.
           rich@rjweitzmanlaw.com
          RICHARD L. ORLOSKI    on behalf of Creditor   Tropical Oil LLC ro10@cornell.edu
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee
           Et.Al paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 20
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

ANDRES A   ACUNA
KARIN M   ACUNA
                                                  : Bankruptcy No. 17-18213REF
        Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                        BY THE COURT

**Date: October 4, 2018**                _____
                                        Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN A DI GIAMBERARDINO ESQ
CASE & DI GIAMBERARDINO PC
845 N PARK ROAD STE 101
WYOMISSING PA 19610-

ANDRES A   ACUNA
KARIN M   ACUNA
104 CATHYANN DRIVE
READING,PA.19606